Before STATE INDUSTRIAL COMMISSION, Respondent.

In the Matter of the Claim of VERONICA CIANOA, Mother, and LORENZA SERAFINI, Father, and the ITALIAN CONSUL, Respondents, for Compensation under the Workmen's Compensation Law for the Death of SEREFINO SERAFEINE, v. WEST END PAPER COMPANY, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.

Third Department, June 30, 1919.

See head note in *Profeta* v. *Retsof Mining Co.* (*ante*, p. 383).

APPEAL by the defendants, West End Paper Company and another, from an award of the State Industrial Commission, entered in the New York city office of said Commission on the 27th day of August, 1918, and also from so much of the action of the Commission on December 2, 1918, as confirmed the award.

*Fitzsimmons & Archibald* [*Walter S. Archibald* of counsel], for the appellants.

*Charles D. Newton, Attorney-General* [*E. C. Aiken, Deputy Attorney-General,* of counsel], for the respondents.

WOODWARD, J.:

The claimants' son, Serefino Serafeine, was drowned, on the 20th day of August, 1917, while employed by the West End Paper Company, and the State Industrial Commission has made an award to both the father and mother, residing in Italy, of twenty-five per cent of his wages during dependency.

There is nothing in this case to distinguish it from that of *Profeta* v. *Retsof Mining Co.* (188 App. Div. 383), decided herewith, and it does not seem necessary to go over that ground again.

The award should be reversed and the claim remitted to the State Industrial Commission.

All concurred, except JOHN M. KELLOGG, P. J., dissenting.

Award reversed and matter remitted to the State Industrial Commission.